# UNITED STATES COURT OF INTERNATIONAL TRADE

EKU FREN VE DOKUM SANAYI A.S.,

                Plaintiff,

        v.                              **Court No. 26-01386**

UNITED STATES,

                Defendant.

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Richard K. Eaton.

This assignment is without prejudice to Plaintiff's Motion to Lift the Stay filed on March 26, 2026.   Judge Eaton will rule on that motion and determine whether to lift the stay currently in effect pursuant to Administrative Order 25-02 as to this case and as to any other case that may be assigned to him.

                                        /s/ Mark A. Barnett
                                         Mark A. Barnett
                                         Chief Judge

Dated:   March 26, 2026